[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] DECISION AND JUDGMENT ENTRY
* * * * *
Relator, Eugene A. Parra, filed the above named action requesting this court to compel respondents, "Harry Barlos, Lucas County Clerk of Courts," and "Sandra Corp, Lucas County Court Reporter" to produce copies of certain documents in the record for case number CR86-7172. Although not identified as such, we will treat relator's request as a Complaint for Mandamus.
We initially note that 6th Dist.Loc.App.R. 6 requires that a party instituting an original action must "file a praecipe directing the clerk of the court of appeals to serve a copy of the complaint on each other party at the addresses listed in the praecipe." In addition, relator's pleading is not correctly formatted to establish the requirements of an action in mandamus.
Accordingly, relator's action is dismissed at relator's costs.
 _______________________________ George M. Glasser, J.
JUDGE
 _______________________________ James R. Sherck, J.
JUDGE
 _______________________________ Richard W. Knepper, J.
JUDGE
CONCUR.